**GOLLAHER**

v.

**STATE**

20170790

Supreme Court of Utah.

11-20-2017

20150363, 405 P.3d 831

Petition for Writ of Certiorari Denied.

**GOLDENWEST**

v.

**KENWORTHY**

20170892

Supreme Court of Utah.

12-12-2017

20150397, 391 P.3d 388

Petition for Writ of Certiorari Denied.

**WESTGATE TOWNHOMES**

v.

**BOYER**

20170846

Supreme Court of Utah.

12-12-2017

20170558

Petition for Writ of Certiorari Denied.

**STATE**

v.

**REIGELSPERGER**

20170579

Supreme Court of Utah.

11-14-2017

20140773, 400 P.3d 1127

Petition for Writ of Certiorari Denied.